IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DAVID WEBB,<br><br>                Plaintiff,<br><br>v.<br><br>ELIJAH SWENSEN, TRAVIS KEARL, ALICIA MARIE WASHINGTON, TWO JOHN DOES, and MICHAEL ASHMENT (OGDEN CITY CHIEF OF POLICE),<br><br>                Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>Case No. 1:14-CV-148<br><br>District Judge Dee Benson |

      Before the court is the Report and Recommendation issued by United States Magistrate Judge Dustin B. Pead on January 30, 2015, recommending that this court dismiss Plaintiff's complaint under 28 U.S.C. § 1915(e)(2), deny Plaintiff's motion for service of process, and deny Plaintiff's motion to appoint counsel.  (Dkt. No. 8.)  The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it.  On February 9, 2015, Plaintiff David Webb filed a document titled "Pro Se Plaintiff's Objections to R&R Dated 30 January 2015."  (Dkt. No. 10.)

      Having reviewed all relevant materials, including Plaintiff's objection, and the reasoning set forth in the magistrate judge's Report and Recommendation, the court ADOPTS the Report and Recommendation.  Accordingly, the Court hereby:

      (1)  DISMISSES without prejudice Plaintiff's complaint under 28 U.S.C. § 1915(e)(2) (Dkt. No. 3);

      (2)  DENIES without prejudice Plaintiff's motion for service of process (Dkt. No. 5.); and

(3)  DENIES without prejudice Plaintiff's motion to appoint counsel. (Dkt. No. 4.)

IT IS SO ORDERED

    DATED this 27th day of February, 2015.

                                             _____
                                             Dee Benson
                                             United States District Court Judge