IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DAVID WEBB,<br><br>                    Plaintiff,<br>v.<br><br>ELIJAH SWENSEN, TRAVIS KEARL, ALICIA MARIE WASHINGTON, ANDY MUELLER, BENJAMIN REINKINS SOKOLIK, MICHAEL ASHMENT, BRETT JAY LYMAN, AND CLINT R. DRAKE,<br><br>                   Defendants. | **ORDER ADOPTING REPORT<br>AND RECOMMENDATION**<br><br><br>Case No. 1:14-cv-00148-DB-DBP<br><br>District Judge Dee Benson<br><br>Magistrate Judge Dustin B. Pead |

Before the court is the Report and Recommendation issued by United States Magistrate Judge Dustin B. Pead on May 5, 2016, recommending that this Court: (1) deny Plaintiff's motion to amend (Dkt. No. 40) and (2) deny Plaintiff's motion for Rule 54(b) certification (Dkt. No. 36).

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it.  On May 12, 2016, Plaintiff filed "Pro Se Plaintiff Webb's Objections to R&R."  (Dkt. No. 43.)

Having reviewed the Plaintiff's *pro se* objection, the record before the Magistrate Judge, and the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation.  Accordingly, the Court hereby ORDERS as follows:

1. Plaintiff's motion to amend is DENIED.

2. Plaintiff's motion for Rule 54(b) certification is DENIED.

3. The Court orders the above captioned case to be closed.

DATED this 1st day of June, 2016.

_____
Dee Benson
United States District Judge